

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-16-00259-CV

**IN THE INTEREST OF A.P.** and O.B., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01950
Honorable Martha B. Tanner, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant Christopher B. as he qualifies as indigent under TEX. R. APP. P. 20. It is ORDERED that the appellee Texas Department of Family and Protective Services recover its costs of this appeal from appellant Brittany B.

SIGNED October 5, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

---

[1] The Honorable Barbara H. Nellermoe presided over the trial and verbally pronounced the order. The Honorable Martha Tanner signed the written order.